JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>Hugh Frederick Bergamo,<br><br>　　　　Respondent. | Case No.: CV 18-6890-DMG (MRWx)<br><br>ORDER CLOSING CASE [49] |

　　Based on the United States' Notice of Compliance and Request to Close Case, it appears that Respondent has complied with the IRS summons and therefore,

　　IT IS HEREBY ORDERED that the above-captioned case is now closed.

DATED: March 19, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE